**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _7/27/2022_____

YOVANNY DOMINGUEZ, *and on behalf of all*
*other persons similarly situated*,

                               **Plaintiff,**

                    **-against-**

**CHAMPS SPORTS, INC.,**

                            **Defendant.**

**19-cv-10633 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.  The Clerk of the Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated:     July 27, 2022
            New York, New York

                               **ANDREW L. CARTER, JR.**
                               **United States District Judge**